**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO.: 13-CV-21666-WILLIAMS**

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION,

   Plaintiff,

vs.

DYNAMIC MEDICAL SERVICES,
INC.

   Defendant.

_____/

## ORDER GRANTING MOTION TO INTERVENE

  THIS MATTER is before the Court on the Unopposed Motion to Intervene

submitted by Norma Rodriguez, Maykel Ruz, Rommy Sanchez, and Yanileydis Capote

[D.E. 4].  Because Rodriguez, Ruz, Sanchez and Capote were specifically identified as

victims of the alleged discrimination in the EEOC Complaint [D.E. 1], they each have an

unconditional right to intervene pursuant to 42 U.S.C. § 2000e-5(f)(1) and Fed. R. Civ.

P. 24(a).  For these reasons, the Motion to Intervene [D.E. 4] is GRANTED.  The

Intervenors shall file their Complaint in Intervention [D.E. 4-1] separately within seven

days of the date of this Order.

  DONE AND ORDERED in Chambers in Miami, Florida, this /1 day of June,

2013.

            _____
            KATHLEEN M. WILLIAMS
            UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of record

Zandro E. Palma, Esq.
zep@thepalmalawgroup.com