UNITED STATES DISTRIC COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION,

    CIVIL ACTION NO:
 Plaintiff,    1:13-CV-21666-KMW

NORMA RODRIGUEZ,
MAYKEL RUZ, ROMMY SANCHEZ,
and YANISLEYDIS CAPOTE,

 Intervening Plaintiffs,
  v.

DYNAMIC MEDICAL SERVICES, INC.
_____/

## JOINT NOTICE OF SETTLEMENT[1]
### (As to Intervening Plaintiffs and Dynamic Medical Services, Inc. only)

Intervening Plaintiffs, Norma Rodriguez, Maykel Ruz, Rommy Sanchez and Yanisleydis Capote (hereinafter, collectively as "Intervening Plaintiffs"), and Defendant, DYNAMIC MEDICAL SERVICES, INC., by and through their respective undersigned attorneys, hereby provide notice that after diligent and extensive negotiations, the parties have in good faith agreed to settle this matter as follows:

1. Defendant, Dynamic Medical Services, Inc., has tentatively reached a settlement with the Intervening Plaintiffs in this case;

2. This tentative settlement does not include claims brought forth by Plaintiff, Equal Employment Opportunity Commission ("EEOC"), although the EEOC and Defendant Dynamic are in the final stages of bringing their separate claims to a resolution as well.

---

[1] As of the date of the filing of this Notice, Plaintiff, Equal Employment Opportunity Commission (EEOC), is not part of this tentative settlement.

3. The parties are in the process of preparing all the necessary settlement documentation and will be filing a notice of dismissal, and any other necessary documents once they are finalized which is expected to be shortly.

4. Defendant Dynamic's deadlines to answer both complaints are today, December 9, 2013. The last order from the Court indicated that no further extensions of time to answer would be entertained. Accordingly, this is also to advise the Court that the matter is resolved by and between the Intervening Plaintiffs and Defendant and almost resolved among all parties and will be completely resolved in the next couple of weeks. The parties are appreciative of the Court's flexibility in connection with the parties resolving this matter.

Dated: December 9, 2013

Respectfully submitted,

| | |
|---|---|
| By: _/s/ *Zandro E. Palma*_<br>Zandro E. Palma, Esq.<br>Florida Bar No.: 0024031 | By: **/s/ *Brian D. Buckstein*__**<br>Brian D. Buckstein, Esq<br>Florida Bar No.: 0618934 |
| **THE LAW OFFICES OF**<br>**ZANDRO E. PALMA, P.A.**<br>3100 S. Dixie Highway, Suite 202<br>Miami, FL 33133<br>Telephone: (305) 446-1500<br>Facsimile: (305) 446-1502<br>zep@thepalmalawgroup.com | **BRIAN D. BUCKSTEIN, P.A.**<br>420 South State Rd. 7<br>Suite 122<br>Wellington, Fl 33414<br>Telephone: 561.795.9878<br>bbuckstein@bucksteinlaw.com |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 9, 2013, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

Dated:  December 9, 2013                             Respectfully submitted,

By: **/s/ *Brian D. Buckstein***
 Brian D. Buckstein, Esq
Florida Bar No.: 0618934

**BRIAN D. BUCKSTEIN, P.A.**
420 South State Rd. 7
Suite 122
Wellington, Fl 33414
Telephone: 561.795.9878
bbuckstein@bucksteinlaw.com

## CERTIFICATE OF SERVICE
## CASE  NO: 1:13-CV-21666-KMW

Zandro E. Palma
Zandro E. Palma, P.A.
3100 South Dixie Highway Suite 202
Miami, FL 33133 305-446-1500
Fax: 305-446-1502
Email: zep@thepalmalawgroup.com
Attorney for Intervenor Plaintiff

Ruben Martin Saenz
The Saenz Law Firm, P.A.
20900 N.E. 30th Avenue  Suite 800
Aventura, FL 33180
305.503.5131
 Fax: 1.888.270.5549
Email: msaenz@saenzlawfirm.com
Attorney for Intervenor Plaintiff

Devora L. Lindeman
Greenwald Doherty, LLP
30 Ramland Road  Suite 201
Orangeburg, NY 10962
845-589-9300
Email: dl@greenwaldllp.com

Attorney for Defendant

Kevin Doherty
Greenwald Doherty, LLP
30 Ramland Road  Suite 201
Orangeburg, NY 10962 845-589-9300
Email: kd@greenwaldllp.com
Attorney for Defendant

Brian D. Buckstein
Brian D. Buckstein, P.A.
420 South State Road 7 Suite 122
Wellington, FL 33414
561.795.9878
Fax: 795.9858
Email: bbuckstein@bucksteinlaw.com
Attorney for Defendant